**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:17-CV-26-DBH |
| | ) | |
| NORTHERN MAINE REGIONAL | ) | |
| REENTRY CENTER, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 21, 2017, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Screening Complaint Pursuant to 28 U.S.C. § 1915(e). The time within which to file objections expired on April 4, 2017, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 12TH DAY OF APRIL, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**